## **STATEMENT OF FACTS**

  On Tuesday, September 27, 2005, sworn officers with the Metropolitan Police Department arranged for a controlled purchase of 2 kilograms of cocaine powder.  At approximately 7:30 p.m.,officers of the Metropolitan Police Department Narcotics Special Investigation Division conducted surveillance at a Burger King located at Florida Avenue, Northeast, Washington, D.C. They observed the confidential informant meet with the defendants Alfredo Medina, aka Jose Soto, and Michael Luna who were parked in a burgundy SUV.  After a brief conversation, Alfredo Medina telephoned another defendant, Adalberto Flores, to drive his vehicle, containing the kilos of cocaine, over to the Burger King to  exchange the drugs for cash.  Shortly after Flores arrived the arrest team arrested the defendants.  Police officers searched Flores' vehicle and recovered two packages from the DVD box in the backseat of the vehicle, which upon examination contained a white powdery substance.   The white powder field tested positive for cocaine and the combined weight of  the packages weighed approximately 2,403 grams.  Officers also searched the SUV that Medina was driving recovered a  Glock .357 semi-automatic handgun from under the driver's side floormat.

              _____
              OFFICER HARRY ALLEN
              METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2005.

              _____
              U.S. MAGISTRATE JUDGE